UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEANKA TOPEZ RADIANCE LEVY,<br>　　　　Plaintiff,<br>　　v.<br>NAPA STATE HOSPITAL, et al.,<br>　　　　Defendants. | Case No. 20-cv-00306-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 7, 2020

_____
SUSAN ILLSTON
United States District Judge